1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   CALVIN ROBINSON,                    1:05-cv-01297-OWW-DLB-P

12            Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATIONS** (Doc. 11)
13   vs.
                                **ORDER DISMISSING ACTION**
14   J. WOODFORD, et al.,

15            Defendants.
     _____/
16

17       Plaintiff, Calvin Robinson ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On November 20, 2006, the Magistrate Judge filed Findings

23   and Recommendations herein which were served on plaintiff and

24   which contained notice to plaintiff that any objections to the

25   Findings and Recommendations were to be filed within twenty (20)

26   days.  To date, plaintiff has not filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                    1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed November 20,

8  2006, are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED, without prejudice, based on

10  plaintiff's failure to obey the court's order of September 18,

11  2006.

12  IT IS SO ORDERED.

13  **Dated:    January 29, 2007           /s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE

2